**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TRINIDAD MARILU PAULET DE FLORES; et al., | No. 06-75572 |
| Petitioners, | Agency Nos.   A077-125-608 |
| | A077-125-609 |
| v. | A077-125-610 |
| | A077-125-611 |
| ERIC H. HOLDER Jr., Attorney General, | |
| | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010[**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Trinidad Marilu Paulet De Flores, Juan Aurelio Flores Lazo, Juan Alfonso

Flores Paulet, and Emily Flores Paulet, natives and citizens of Peru, petition for

review of the Board of Immigration Appeals' ("BIA") order denying their motion

---

[*]       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

/Research

to reopen removal proceedings. We have jurisdiction pursuant to 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Malty v. Ashcroft*, 381 F.3d 942, 945 (9th Cir. 2004), we deny the petition for review.

The BIA did not abuse its discretion in denying the petitioners' untimely motion to reopen because the motion failed to present materially changed circumstances in Peru. *See* 8 C.F.R. § 1003.2(c)(3)(ii); *see also Malty*, 381 F.3d at 945.

Petitioners' remaining contentions are unpersuasive.

**PETITION FOR REVIEW DENIED.**